IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-cv-00317 |
| | ) | |
| SANDOZ, INC., | ) | Judge Joseph J. Farnan, Jr. |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**STIPULATION FOR EXTENSION OF TIME**

It is hereby STIPULATED and AGREED by and between Plaintiff Wyeth and Defendant Sandoz, Inc., by and through their counsel, that the time within which Sandoz shall have to answer or otherwise plead in response to Plaintiff's Complaint is hereby extended to July 28, 2008.

| | |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ George H. Seitz, III |
| Jack B. Blumenfeld (#1014) | George H. Seitz, III (#667) |
| Karen Jacobs Louden (#2881) | SEITZ, VAN OGTROP & GREEN, P.A. |
| James W. Parrett, Jr. (#4292) | 222 Delaware Avenue, Suite 1500 |
| MORRIS, NICHOLS, | P.O. Box 68 |
| ARSHT & TUNNELL LLP | Wilmington, DE 19899 |
| 1201 North Market Street | (302) 888-0600 |
| P.O. Box 1347 | |
| Wilmington, DE 19899 | |
| (302) 658-9200 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | |
| Dated: June12, 2008 | Dated: June 12, 2008 |

*Of Counsel*:

Anthony Herman
Jeffrey B. Elikan
Eric R. Sonnenschein
William D. A. Zerhouni
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 662-6000

      SO ORDERED this _____ day of June, 2008.

                                    _____
                                    The Honorable Joseph J. Farnan, Jr.