UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-00317 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| SANDOZ, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of, Scott B. Feder, Esquire, Kevin M. Nelson, Esquire, Keith D. Parr, Esquire, and James T. Peterka, Esquire of the law firm of Locke, Lord, Bissell & Liddell, LLP, 111 South Wacker Drive, Chicago, Illinois 60606-4410, to represent Defendant Sandoz, Inc. in the above matter.

SEITZ, VAN OGTROP & GREEN, P.A.

BY: /s/ George H. Seitz, III
GEORGE H. SEITZ, III, ID #667
gseitz@svglaw.com
PATRICIA P. MCGONIGLE, ID #3126
pmcgonigle@svglaw.com
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Defendant Sandoz, Inc.

65752 v1

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* counsel's motion for admission pro hac vice is granted.

DATED: _____          _____
                                    United States District Court Judge

65752 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of __Illinois__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

      X     has been paid to the Clerk of Court

      ☐     will be submitted to the Clerk's Office upon the filing of this motion.

BY: _/s/ Scott B. Feder_
Scott B. Feder
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-0261
312-896-6261 (Fax)
sfeder@lockelord.com

Dated: June 23, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____Illinois_____ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

      X      has been paid to the Clerk of Court

      ☐      will be submitted to the Clerk's Office upon the filing of this motion.

BY: _____
Kevin M. Nelson
Locke Lord Bissell & Liddell LLP
111 South Wacker Dr.
Chicago, IL 60606
312-443-1890
Fax: 312-896-6674
knelson@lockelord.com

Dated: June 19, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, having been admitted to practice there in 1981, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

I have been admitted to practice and am in good standing with the Illinois Supreme Court, the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court for the Eastern District of Michigan, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Western District of Wisconsin, the United States District Court for the District of Colorado, the United States Court of Appeals for the Sixth Circuit, Seventh Circuit, Eighth Circuit, Tenth Circuit, D.C. Circuit, the Federal Circuit, and the United States Supreme Court.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

      X     has been paid to the Clerk of Court

      ☐     will be submitted to the Clerk's Office upon the filing of this motion.

June 17, 2008

BY: _____
KEITH D. PARR

Locke Lord Bissell & Liddell LLP
111 S. Wacker Drive
Chicago, IL  60606-4410
312.443.0497 (phone)
312.896.6497 (fax)
kparr@lockelord.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

    X    has been paid to the Clerk of Court

    ☐    will be submitted to the Clerk's Office upon the filing of this motion.

BY: /s/ James T. Peterka
JAMES T. PETERKA
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Phone: 312-443-0270
Fax: 312-896-6270
jpeterka@lockelord.com

Dated: June 17, 2008

## CERTIFICATE OF SERVICE

I, *George H. Seitz, III,* Esquire, hereby certify that on this 2nd day of July 2008, I electronically filed the foregoing *Motion and Order for Admission Pro Hac Vice* with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ *George H. Seitz, III, Esquire*
_____
George H. Seitz (ID No. 667)
gseitz@svglaw.com

65756 v1