**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WYETH, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|        v. | )    C.A. No. 08-317 (JJF) |
| | ) |
| SANDOZ, INC. | ) |
| | ) |
|        Defendant. | ) |

## STIPULATION AND ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by the parties that this action, including all claims, counterclaims and defenses, is dismissed without prejudice. Each party shall bear its own fees and costs.

| | |
|---|---|
| */s/ James W. Parrett, Jr.* | */s/ Daniel V. Folt* |
| Jack B. Blumenfeld (#1014) | Daniel V. Folt (#3134) |
| Karen Jacobs Louden (#2881) | Duane Morris LLP |
| James W. Parrett, Jr. (#4292) | 1100 North Market Street |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Suite 1200 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 657-4927 |
| Wilmington, DE 19899 | Email: dfolt@duanemorris.com |
| Tel: (302) 658-9200 | |
| | Keith D. Parr |
| Anthony Herman | Scott B. Feder |
| Jeffrey B. Elikan | Kevin M. Nelson |
| Eric R. Sonnenschein | James T. Peterka |
| COVINGTON & BURLING LLP | LOCKE LORD BISSELL & LIDDELL LLP |
| 1201 Pennsylvania Avenue, N.W. | 111 South Wacker Drive |
| Washington, D.C. 20004 | Chicago, IL 60606 |
| Tel: (202) 662-6000 | Tel: (312) 443-0700 |
| | |
| *Attorneys for Plaintiff Wyeth* | *Attorneys for Defendant Sandoz, Inc.* |

3118015

**SO ORDERED** this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE